1  ERIC D. GOLDBERG (SBN 157544)
   eric.goldberg@us.dlapiper.com
2  DAVID M. RILEY (SBN 292087)
   david.riley@us.dlapiper.com
3  ROD J. KAZEMPOUR (SBN 347253)
4  rod.kazempour@us.dlapiper.com
   DLA PIPER LLP (US)
5  2000 Avenue of the Stars
   Suite 400 North Tower
6  Los Angeles, California 90067-4704
   Telephone: (310) 595-3000
7  Facsimile: (310) 595-3300

8  *Counsel for the Debtor in Possession
   and Plaintiff*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BREAKERS MEZZ I, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No.:2:25-bk-18796-VZ<br><br>Chapter 11 |
| BREAKERS MEZZ I, LLC, a Delaware limited liability company<br><br>Plaintiff,<br>v.<br><br>X-CALIBER FUNDING LLC, a New York limited liability company<br><br>Defendant. | Adv. Case No. 2:26-ap-01034-VZ<br><br>**PROOF OF SERVICE OF (I) COMPLAINT AND (II) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] WITH ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCE**<br><br><u>Pretrial Conference Date and Time</u>:<br>Date:  May 7, 2026<br>Time:  10:30 a.m. (PDT)<br>Place:  255 East Temple Street<br>    Courtroom 1368<br>    Los Angeles, California 90012 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704

A true and correct copy of the following documents will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

- *Complaint for (1) Declaratory Relief that the Pledge is Void for Lack of Consideration; (2) Declaratory Relief for Violation of California Code of Civil Procedure § 726; (3) Declaratory Relief that the Dual Collateral Structure Clogs the Equity of Redemption; and (4) Declaratory Relief that X-Caliber's Lien is Void* [Adv. Dkt. No. 1]; and
- *Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004−1] with Order Setting Procedures for Adversary Proceeding Status Conferences* [Adv. Dkt. No. 2].

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 24, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
Roybal Federal Building
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 24, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

(Party, who is being served if different, and email address for each)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 25, 2026 | William L. Countryman, Jr. | /s/ William L. Countryman, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| **Defendant/Creditor Served via First-Class Mail** ||
|---|---|
| **X-Caliber Funding LLC**<br><br>c/o Blank Rome LLP<br>Attn.:  Jordan L. Williams<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801 | **X-Caliber Funding LLC**<br><br>c/o Blank Rome LLP<br>Attn.:  Paige B. Tinkham, Esq.<br>        Kenneth J. Ottaviano, Esq.<br>444 West Lake Street, Suite 1650<br>Chicago, IL 60606 |
| **X-Caliber Funding LLC**<br><br>c/o Blank Rome LLP<br>Attn.:  Joseph M. Welch<br>4 Park Plaza, Suite 450<br>Irvine, California 92614 | **X-Caliber Funding LLC**<br><br>Attn.:  Amber Howard<br>3 W. Main Street, Suite 103<br>Irvington, NY 10533 |
| **X-Caliber Funding LLC**<br><br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**